UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAFAEL ALVARADO HENRIQUEZ,<br>Petitioner,<br>v.<br>JEFFERSON B. SESSIONS,<br>Respondent. | Case No. 18-cv-06647-JST (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a detainee of the United States Immigration and Customs Enforcement ("ICE") at Yuba County Jail, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's underlying federal habeas petition appears to be challenging his current detention.

Section 2241 allows "the [U.S.] Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Petitioner is confined in Yuba County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: November 27, 2018

_____
JON S. TIGAR
United States District Judge